No. 00–9729. JOHNSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–9754. TROBAUGH v. SONDAG. C. A. 8th Cir. Certiorari denied.

No. 00–9772. ACKLIN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–9782. KING ET AL. v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 00–9791. MYHAND v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 00–9811. HARRIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9854. WALSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9865. BUTLER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–9871. BAILEY, AKA KRUGER v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 00–9936. JOHNSON v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9942. WHITE v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–9955. EDUARDO R. v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 00–9968. SARGENT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9974. OLIVIERI v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–9975. PAYNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.